BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JENNIFER L. MACPHERSON (202021)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jmacpherson@bholaw.com

MORGAN & MORGAN COMPLEX
   LITIGATION GROUP
JOHN A. YANCHUNIS (FL324681)
PATRICK A. BARTHLE II (FL99286)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com
pbarthle@ForThePeople.com

THE CONSUMER PROTECTION
  FIRM, PLLC
HEATHER H. JONES (FL0118974)
WILLIAM "BILLY" PEERCE HOWARD
  (FL0103330)
4030 Henderson Blvd.
Tampa, FL 33609
Tel: 813/500-1500
813/435-2369 (fax)
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HAYWARD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTEK SECURITY AND CONTROL, LLC,<br><br>Defendant. | Case No. 3:20-cv-00854-BEN-DEB<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>District Judge Roger T. Benitez<br>Courtroom 5A, 5th Fl., Schwartz<br>Magistrate Judge Daniel E. Butcher<br>Courtroom 3A, 3rd Fl., Schwartz<br><br>Complaint Filed:  May 06, 2020<br>Trial Date:  Not Yet Set<br><br>**JURY TRIAL DEMANDED** |

Pursuant to F.R.C.P. 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Brian Hayward, individually and on behalf of all others similarly situated, hereby files this Notice of Voluntary Dismissal Without Prejudice as to Defendant Nortek Security and Control, LLC, in the above-captioned matter. Each side to bear its own attorneys fees and costs.

Dated: July 17, 2020

Respectfully submitted,

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JENNIFER L. MACPHERSON (202021)

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jmacpherson@bholaw.com

THE CONSUMER PROTECTION
  FIRM, PLLC
HEATHER H. JONES (FL0118974)
WILLIAM "BILLY" PEERCE HOWARD
  (FL0103330)
4030 Henderson Blvd.
Tampa, FL  33609
Tel: 813/500-1500
813/435-2369 (fax)
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com

MORGAN & MORGAN COMPLEX
  LITIGATION GROUP
JOHN A. YANCHUNIS (FL324681)
PATRICK A. BARTHLE II (FL99286)
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Tel: 813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com
pbarthle@ForThePeople.com

*Attorneys for Plaintiffs*

1    Case No. 3:20-cv-00854-BEN-DEB
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

00166249

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2020.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com